450 A.2d 1049

Commonwealth v. Arabia, Appellant.

Submitted May 12, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, MONTEMURO and HOFFMAN, JJ.

Judgment of sentence affirmed.

450 A.2d 1049

Commonwealth v. Beck, Appellant.

Argued January 11, 1982. David Henry Acker, for appellant; David Hepting, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Order affirmed.